**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 CASE |
| FRANCHI, FABIAN | ) | |
| | ) | CASE NO. 04-38314 BB |
| | ) | |
| | ) | JUDGE BRUCE W. BLACK |
| Debtor(s) | ) | |

**NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS FOR COMPENSATION, AND HEARING ON THE ABANDONMENT OF PROPERTY BY THE TRUSTEE**

To the Debtor(s), Creditors, and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held.

    At:    Will County Court Annex, 57 N Ottawa St, Room 201, Joliet, IL 60432

    on:    **June 29, 2007**
    at:    **9:15 a.m.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly notices before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3. The Trustee's Final Report shows total:

    a. Receipts                                $         55,307.83

    b. Disbursements                           $         26,268.63

    c. Net Cash Available for Distribution     $         29,039.20

4. Applications for administration fees and expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---|---|---|
| Bradley J. Waller, Trustee | $        0.00 | $     5,529.37 | $      186.93 |
| Theodore J. Bednarek, Attorney | $    18,747.64 | $        0.00 | $        0.00 |

5. In addition to the fees and expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 0.00%.

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| | none | | |

6. Claims of general unsecured creditors totaling $24,267.83, have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 95.96%.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| 1 | Chrysler Financial | $ 15,355.08 | $ 15,355.08 |
| 2 | Surgical Consultants Joliet | $ 701.00 | $ 626.68 |
| 3 | Assoc Anesthesiologists Joliet | $ 2,768.00 | $ 2,474.54 |
| 4 | eCast Settlement Corporation | $ 5,443.75 | $ 4,866.60 |

7. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

8. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 S. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee application(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

9. Debtor has been discharged.

10. The Trustee proposed to abandon the following property at the hearing:
    a. Cash on Hand
    b. Bank Account
    c. Household Goods
    d. Wearing Apparel
    e. 2004 Yamaha 4-Wheeler

Dated:    **May 31, 2007**                    For the Court,

By:   **KENNETH S GARDNER**
Kenneth S Gardner
Clerk of the United States Bankruptcy Court
219 S. Dearborn Street, 7th Floor
Chicago, IL  60604

BAE SYSTEMS
Bankruptcy Noticing Center
2525 Network Place, 3rd Floor
Herndon, Virginia 20171-3514

04-38314    Doc 23    Filed 05/31/07    Entered 06/02/07 23:37:08    Desc Imaged
                         Certificate of Service    Page 3 of 3

# CERTIFICATE OF SERVICE

```
District/off: 0752-1            User: amcc7              Page 1 of 1           Date Rcvd: May 31, 2007
Case: 04-38314                  Form ID: pdf002          Total Served: 11

The following entities were served by first class mail on Jun 02, 2007.
db          +Fabian Franchi,    14 Emery Street,    Joliet, IL 60436-1242
aty         +John A Reed,    John A Reed,    63 W Jefferson St Ste 200,    Joliet, IL 60432-4335
tr          +Bradley J Waller,    Klein Stoddard Buck Waller & Lewis LLC,    2045 Aberdeen Court,
              Sycamore, IL 60178-3140
8584615      Assoc Anesthesiologists Joliet,    333 N Madison St,    Joliet, IL  60435
8584616     +Chrysler Financial,    P.O. Box 551080,    Jacksonville FL 32255-1080
8584617     +John Simon,    21633 SE Frontage Road,    Joliet, IL 60431-9059
8584618     +Joliet Radiological Svc Corp,    2208 Weber Road,    Crest Hill, IL 60403-0961
8584619     +Provena - St Joseph Med Ctr,    333 N Madison Street,    Joliet, IL 60435-8233
8584614      Retail Services,    P.O. Box 703,    Wood Dale, IL  60191-0703
8584620     +Surgical Consultants Joliet,    2 Uno Circle,    Joliet, IL 60435-6653
10542829     eCast Settlement Corporation,    Assignee of Household Bank (Yamaha),    P.O. Box 7247-6971,
              Philadelphia, PA 19170-6971

The following entities were served by electronic transmission.
NONE.                                                                                      TOTAL: 0

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
8584613*    +Fabian Franchi,    14 Emery Street,    Joliet, IL 60436-1242
                                                                                           TOTALS: 0, * 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 02, 2007**          **Signature:** _Joseph Speetjens_