Case 04-38314   Doc 26-3   Filed 12/06/07   Entered 12/06/07 20:41:32   Desc Exhibit
C-Form 2   Page 1 of 5

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 04-38314 BB  
**Case Name:** FRANCHI, FABIAN  

**Taxpayer ID #:** 13-7473759  
**Period Ending:** 11/25/07  

**Trustee:** BRADLEY J. WALLER (330500)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** \*\*\*-\*\*\*\*\*26-65 - Money Market Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 08/16/05 | {5} | Royal Indemnity Company | Personal Injury Settlement per court order of 08/12/2005 | 1142-000 | 50,000.00 | | 50,000.00 |
| 08/24/05 | 1001 | Theodore J. Bednarek | Attorney's Fees per court order of 08/12/2005 Voided on 08/24/05 | 3210-000 | | 16,666.00 | 33,334.00 |
| 08/24/05 | 1001 | Theodore J. Bednarek | Attorney's Fees per court order of 08/12/2005 Voided: check issued on 08/24/05 | 3210-000 | | -16,666.00 | 50,000.00 |
| 08/24/05 | 1002 | Theodore J. Bednarek | Attorney's Costs per court order of 08/12/2005 | 3220-000 | | 414.32 | 49,585.68 |
| 08/24/05 | 1003 | Theodore J. Bednarek | Attorney's Fees per court order of 08/12/2005 | 3210-000 | | 16,666.66 | 32,919.02 |
| 08/30/05 | 1004 | Fabian Franchi | Payment of Personal Injury Exemption Voided on 08/31/05 | 8100-002 | | 7,500.00 | 25,419.02 |
| 08/31/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.4500% | 1270-000 | 8.63 | | 25,427.65 |
| 08/31/05 | 1004 | Fabian Franchi | Payment of Personal Injury Exemption Voided: check issued on 08/30/05 | 8100-002 | | -7,500.00 | 32,927.65 |
| 08/31/05 | 1005 | Fabian Franchi | Payment of Personal Injury Exemption | 8100-002 | | 7,500.00 | 25,427.65 |
| 09/30/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.5000% | 1270-000 | 10.46 | | 25,438.11 |
| 10/31/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.5500% | 1270-000 | 11.05 | | 25,449.16 |
| 11/30/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.5500% | 1270-000 | 11.51 | | 25,460.67 |
| 12/30/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 12.73 | | 25,473.40 |
| 01/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.7000% | 1270-000 | 14.35 | | 25,487.75 |
| 02/28/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.7000% | 1270-000 | 13.69 | | 25,501.44 |
| 03/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.7000% | 1270-000 | 15.17 | | 25,516.61 |
| 04/28/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 16.15 | | 25,532.76 |
| 05/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 17.35 | | 25,550.11 |
| 06/30/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 16.81 | | 25,566.92 |
| 07/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 17.38 | | 25,584.30 |

**Subtotals :**     **$50,165.28**     **$24,580.98**

{} Asset reference(s)             Printed: 11/25/2007 08:22 PM     V.9.55

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| Case Number: | 04-38314 BB | | Trustee: | BRADLEY J. WALLER (330500) |
|---|---|---|---|---|
| Case Name: | FRANCHI, FABIAN | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | | Account: | ***-*****26-65 - Money Market Account |
| Taxpayer ID #: | 13-7473759 | | Blanket Bond: | $5,000,000.00   (per case limit) |
| Period Ending: | 11/25/07 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 08/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 17.39 | | 25,601.69 |
| 09/29/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 16.27 | | 25,617.96 |
| 10/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 17.96 | | 25,635.92 |
| 11/30/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 16.85 | | 25,652.77 |
| 12/29/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 16.29 | | 25,669.06 |
| 01/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 17.11 | | 25,686.17 |
| 02/28/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 12.80 | | 25,698.97 |
| 03/01/07 | 1006 | Klein, Stoddard, Buck, Waller, & Lewis LLC | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 01/31/2007 FOR CASE #04-38314 | 2300-000 | | 20.99 | 25,677.98 |
| 03/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 13.71 | | 25,691.69 |
| 04/28/07 | {5} | Liberty Mutual | Settlement per court order of 03/02/07 Compromising Undersinsured Motorist Claim | 1142-000 | 5,000.00 | | 30,691.69 |
| 04/28/07 | 1007 | Theodore J. Bednarek | Attorney's Fees | 3210-000 | | 1,666.66 | 29,025.03 |
| 04/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 14.17 | | 29,039.20 |
| 05/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 16.76 | | 29,055.96 |
| 06/29/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 14.99 | | 29,070.95 |
| 07/01/07 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.6500% | 1270-000 | 1.03 | | 29,071.98 |
| 07/01/07 | | To Account #********2666 | Transfer monies to Checking Account to make final distributions | 9999-000 | | 29,071.98 | 0.00 |

| | | | | Subtotals : | $5,175.33 | $30,759.63 | |

{} Asset reference(s)

Printed: 11/25/2007 08:22 PM    V.9.55

Case 04-38314   Doc 26-3   Filed 12/06/07   Entered 12/06/07 20:41:32   Desc Exhibit
C-Form 2   Page 3 of 5

# Form 2

## Cash Receipts And Disbursements Record

Page: 3

**Case Number:** 04-38314 BB
**Case Name:** FRANCHI, FABIAN

**Taxpayer ID #:** 13-7473759
**Period Ending:** 11/25/07

**Trustee:** BRADLEY J. WALLER (330500)
**Bank Name:** JPMORGAN CHASE BANK, N.A.
**Account:** \*\*\*-\*\*\*\*\*26-65 - Money Market Account
**Blanket Bond:** $5,000,000.00   (per case limit)
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | **ACCOUNT TOTALS** | | 55,340.61 | 55,340.61 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 29,071.98 | |
| | | | **Subtotal** | | 55,340.61 | 26,268.63 | |
| | | | Less: Payments to Debtors | | | 7,500.00 | |
| | | | **NET Receipts / Disbursements** | | **$55,340.61** | **$18,768.63** | |

{} Asset reference(s)

Printed: 11/25/2007 08:22 PM     V.9.55

# Form 2

Page: 4

## Cash Receipts And Disbursements Record

**Case Number:** 04-38314 BB  
**Case Name:** FRANCHI, FABIAN  

**Taxpayer ID #:** 13-7473759  
**Period Ending:** 11/25/07  

**Trustee:** BRADLEY J. WALLER (330500)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****26-66 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 07/01/07 | | From Account #********2665 | Transfer monies to Checking Account to make final distributions | 9999-000 | 29,071.98 | | 29,071.98 |
| 07/10/07 | 101 | BRADLEY J. WALLER | Dividend paid 100.00% on $5,529.37, Trustee Compensation; Reference: | 2100-000 | | 5,529.37 | 23,542.61 |
| 07/10/07 | 102 | BRADLEY J. WALLER | Dividend paid 100.00% on $186.93, Trustee Expenses; Reference: | 2200-000 | | 186.93 | 23,355.68 |
| 07/10/07 | 103 | Chrysler Financial | Dividend paid 100.00% on $15,355.08; Claim# 1; Filed: $15,355.08; Reference: | 7100-000 | | 15,355.08 | 8,000.60 |
| 07/10/07 | 104 | Surgical Consultants Joliet | Dividend paid 89.76% on $701.00; Claim# 2; Filed: $701.00; Reference: 0000012607 | 7200-000 | | 629.26 | 7,371.34 |
| 07/10/07 | 105 | Assoc Anesthesiologists Joliet | Dividend paid 89.76% on $2,768.00; Claim# 3; Filed: $2,768.00; Reference: | 7200-000 | | 2,484.72 | 4,886.62 |
| 07/10/07 | 106 | eCast Settlement Corporation | Dividend paid 89.76% on $5,443.75; Claim# 4; Filed: $5,443.75; Reference: | 7200-000 | | 4,886.62 | 0.00 |
| | | | **ACCOUNT TOTALS** | | **29,071.98** | **29,071.98** | **$0.00** |
| | | | Less: Bank Transfers | | 29,071.98 | 0.00 | |
| | | | **Subtotal** | | **0.00** | **29,071.98** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$29,071.98** | |

{} Asset reference(s)

Printed: 11/25/2007 08:22 PM    V.9.55

# Form 2

## Cash Receipts And Disbursements Record

Page: 5

| **Case Number:** | 04-38314 BB | **Trustee:** | BRADLEY J. WALLER (330500) |
| --- | --- | --- | --- |
| **Case Name:** | FRANCHI, FABIAN | **Bank Name:** | JPMORGAN CHASE BANK, N.A. |
| | | **Account:** | ***-*****26-66 - Checking Account |
| **Taxpayer ID #:** | 13-7473759 | **Blanket Bond:** | $5,000,000.00   (per case limit) |
| **Period Ending:** | 11/25/07 | **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
| --- | --- | --- | --- | --- | --- | --- | --- |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
| --- | --- | --- | --- |
| MMA # ***-*****26-65 | 55,340.61 | 18,768.63 | 0.00 |
| Checking # ***-*****26-66 | 0.00 | 29,071.98 | 0.00 |
| | $55,340.61 | $47,840.61 | $0.00 |

{} Asset reference(s)